UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
          :
DENISE CRUMWELL, *on behalf of herself and all*  :
*others similarly situated*,      :
          :
         Plaintiff,   :    25-CV-1240 (JMF)
          :
    -v-         :    <u>ORDER</u>
          :
THUNDER ROAD INC.,      :
          :
         Defendant.  :
          :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: February 13, 2025          _____
      New York, New York             JESSE M. FURMAN
                                           United States District Judge